JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAMMY BRICENO SOLIS,              ) Case No. CV 15-08929-FMO (DTB)
                                 )
            Petitioner,          )
                                 )
      vs.                        ) **J U D G M E N T**
                                 )
CYNTHIA Y. TAMPKINS,             )
Warden,                          )
                                 )
            Respondent.          )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: September 22, 2016

                                   /s/
                         _____
                         FERNANDO M. OLGUIN
                         UNITED STATES DISTRICT JUDGE

1